UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATSCO, a division of WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN HANG D.D.S., PROF. CORP., a professional Nevada corporation; JOHN HANG, an individual; and DOES I through X; and ROE Corporations I through X, inclusive,<br><br>Defendants. | Case No. 2:09-cv-02242-MMD-PAL<br><br>ORDER<br><br>(Plaintiff's Motion for Default Judgment–Dkt. no. 14) |

The Court previously granted Plaintiff MATSCO's Motion for Default Judgment on July 1, 2010, against all Defendants. (Dkt. no. 16.) That Order was vacated in regards to Defendant John Hang because he filed for bankruptcy, staying all proceedings against him in this case. (Dkt. no. 17.) The Default Judgment was not vacated regarding Defendant company John Hang, D.D.S. (Dkt. no. 17 at fn. 2.)

In its July 6, 2012, status report, Plaintiff advises that the stay against Defendant John Hang was lifted on August 12, 2010, when the bankruptcy court issued a final decree in Defendant's bankruptcy action. (Dkt. no. 23 at ¶ 8.) Accordingly, the Court hereby REINSTATES the July 1, 2010, default judgment against Defendant John Hang.

IT IS THEREFORE ORDERED that the Clerk of the Court re-file the Order Granting Plaintiff's Motion for Default Judgment. (Dkt. no. 16.). The Clerk of the Court shall enter judgment against Defendants in the amount of $152,945.26.

IT IS FURTHER ORDERED that Plaintiff shall have thirty (30) days from the entry of judgment to file a motion for attorneys' fees that complies with Local Rule 54-16.

IT IS FURTHER ORDERED that this action is no longer stayed.

DATED THIS 11th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE