# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

| | |
|---|---|
| MATSCO,<br><br>Plaintiff,<br>V.<br><br>John Hang, et al.,<br><br>Defendants. | **DEFAULT**<br>**JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 2:09-cv-02242-MMD -PAL |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that default judgment is entered in favor of Plaintiff MATSCO and against Defendant John Hang and John Hang D.D.S. Prof. Corp. in the amount of $152,945.26.



| July 11, 2012 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Erin Smith |
| | (By) Deputy Clerk |